Jon P. Jacobs (SBN 205245)
Ryan H. Gomez (SBN 305208)
LAW OFFICES OF JON JACOBS
5701 Lonetree Blvd., Suite 202
Rocklin, CA 95765
Telephone: (916) 663-6400
Facsimile: (916) 663-6500
jon@lemonbuyback.com
ryan@lemonbuyback.com

Attorneys for Plaintiff
WILLIAM SLADE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SLADE,<br><br>    Plaintiff,<br><br>v.<br><br>POLARIS INDUSTRIES INC.; and DOES ONE through TEN<br><br>    Defendants. | CASE NO.: 2:18-cv-00418-WBS-CKD<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

Dated: August 3, 2018      LAW OFFICES OF JON JACOBS

/s/ Ryan H. Gomez
Ryan H. Gomez
Attorneys for Plaintiff
WILLIAM SLADE

Dated: August 3, 2018      WILSON TURNER KOSMO LLP

/s/ James P. Leonard (*as authorized on 8/3/18*)
James P. Leonard, II
Attorneys for Defendants
POLARIS INDUSTRIES INC.

**ORDER**

Based on the foregoing stipulation, this action shall be, and hereby is, DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

**Dated: August 3, 2018**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE